## MOTION DOCKET

**95–1649.  Kirschner v. Indus. Comm.**
Franklin App. No. 94APD05–762.  On request for oral argument.  Request denied.

**97–187.  State ex rel. Strothers v. Wertheim.**
Cuyahoga App. No. 71185.  On motion for order to show cause.  Motion denied.
  On motion for Rule 11 sanctions.  Motion denied.
  Douglas, J., would deny the motions and issue a supplemental order that the pages are to be released at a cost of only $.05 per page.

**97–738.  Cincinnati Gas & Elec. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–656–GA–AIR.  On motion to consolidate case with case No. 97–2199, *Cincinnati Gas & Elec. Co. v. Pub. Util. Comm.*, Public Utilities Commission No. 95–656–GA–AIR.  Motion granted.